IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN LEWIS MARSHALL,             )<br>                                  )<br>     Plaintiff,                   )<br>                                  )<br>     v.                           )<br>                                  )<br>MIKE HENLINE, et al.,             )<br>                                  )<br>     Defendants.                  ) | CIVIL ACTION NO.<br>  2:19cv405-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former inmate at the Elmore County Jail, filed this lawsuit complaining that defendants violated his constitutional rights by denying him medical care for dehydration and high blood pressure resulting from being forced to ride in the jail's unventilated and unsafe van.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted for failure to exhaust administrative remedies available at the jail, and that this case should be dismissed without prejudice.  There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of May, 2022.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE